UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:06-HC-2195-BR

UNITED STATES OF AMERICA,     )
          Petitioner,     )
                           )
       v.                    )           ORDER
                           )
GRAYDON EARL COMSTOCK, JR.,     )
          Respondent.     )

      This matter comes before the Court on Petitioner's motion to depose additional witnesses identified by Respondent's initial disclosures.  Respondent does not oppose this motion.

      For the reasons stated in the motion, the motion is ALLOWED. Petitioner shall be allowed to depose (1) Mary Comstock, (2) Dr. Louis Tolbert, (3) Rev. William Salmon, and (4) Michael Comstock.

      IT IS FURTHER ORDERED that Respondent shall make reasonable efforts to make these witnesses available for deposition within the discovery period.

      This **15** day of **August**, 2011.

James E. Gates
United States Magistrate Judge