UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Petitioner,                               Civil Action No. 06-HC-2195

vs.                                         HON. BERNARD A. FRIEDMAN

GRAYDON COMSTOCK,

        Respondent.

_____/

## J U D G M E N T

On November 29, 2011, the court issued a bench ruling in this matter with findings of fact and conclusions of law. In accordance therewith, and for the reasons stated on the record,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for respondent and against petitioner.

IT IS FURTHER ORDERED AND ADJUDGED that respondent be released from custody in this case.

                                    DENNIS IAVARONE
                                    CLERK OF COURT

                                    By_____
                                              Deputy Clerk

Approved:_____
        BERNARD A. FRIEDMAN
        SENIOR U.S. DISTRICT JUDGE
        SITTING BY SPECIAL DESIGNATION