# DESIGNATION AND ASSIGNMENT OF A SENIOR UNITED STATES JUDGE FOR SERVICE IN ANOTHER CIRCUIT

The Chief Judge of the United States Court of Appeals for the Fourth Circuit has certified that there is a necessity for the designation and assignment of a judge from another circuit or another court to perform judicial duties in the United States District Court for the Eastern District of North Carolina during the period(s) of November 1, 2011 to April 30, 2012. The

## HONORABLE BERNARD A. FRIEDMAN

a Senior Judge of the United States District Court for the Eastern District of Michigan has consented to such designation and assignment.

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, section 294(d), I do hereby designate and assign the Honorable Bernard A. Friedman to perform judicial duties in the United States District Court for the Eastern District of North Carolina for the period or purpose stated and for such time as needed in advance to prepare and to issue necessary orders, or thereafter as required to complete unfinished business.

CHIEF JUSTICE OF THE UNITED STATES

Washington, D.C. SEP 29 2011

A True copy WILLIAM K. SUTER
Test:
Clerk of the Supreme Court of the United States
By _____ C. L. W.
Chief Deputy